# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>v.<br><br>TERRELL LONG, III,<br><br>           Defendant. | Case No. 17-CR-139-JPS<br><br><br>**ORDER** |

   On August 8, 2017, the government filed a six-count Indictment against the defendant that included a forfeiture notice as to certain property of the defendant. (Docket #1). On February 26, 2018, the government filed a motion to dismiss certain property from the forfeiture notice of the Indictment, namely, the silver and black Smith & Wesson, model SD9VE 9mm handgun, bearing serial number FWP8029. (Docket #22). The Court will grant the government's motion.

   Accordingly,

   **IT IS ORDERED** that the government's motion to dismiss property from the forfeiture notice of the Indictment (Docket #22) be and the same is hereby **GRANTED**; and

   **IT IS FURTHER ORDERED** that the silver and black Smith & Wesson, model SD9VE 9mm handgun, bearing serial number FWP8029, be and the same is hereby **DISMISSED without prejudice** from the forfeiture notice of the Indictment (Docket #1)**.**

Dated at Milwaukee, Wisconsin, this 28th day of February, 2018.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge